NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTOPHER M. ROBERTS,          )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D19-2026
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____  )

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Christopher M. Roberts, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


VILLANTI, LaROSE, and MORRIS, JJ., Concur.